TO: The CRiMiNAL Court of Appeal
of Austin

7-15-2015

TO: The District Clerk
Abel acosta

50,653-06

RECEIVED IN
COURT OF CRIMINAL APPEALS
JUL 23 2015
Abel Acosta, Clerk

From: ORVis wayNe PoRteR
#1905515
PACK 1 UNit
@ wallace PACK Rd.
NAVASotA, TexAS 77868

CASe # F10-24557-J (B)

I WAS WRite to give my New,
address, and to See if my CASe
Been fowARd from DAllAS CouNty
Court, my WRit of 11.07. I
Would like to Be fowARd the fact
and coNculsion, why my WRit, MANDAMUS
WAS DeNied also to, from CRiMiNAl court of
appeal, Thank you! God Bless!